FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 19 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Dameikas Lane ) | Civil Action No: |
|     Plantiff ) | 1:16-CV-00264-SCJ |
| Vs ) | |
| ) | |
| Christian Ezumah ) | |
| Defendant | |

Motion to Dismiss

### RESPONSE TO PLAINTIFF'S DAMEIKAS LANE OPPOSITION TO DEFENDANT'S EZUMAH'S MOTION TO DISMISS

In response to the Plaintiff's Dameikas Lane and his counsel's opposition to dismiss, the defendant, Christian Ezumah; hereby submits the following memorandum to the courts in support to the previous request of motion to dismiss Plantiff's request.

### SUPPORTING FACTS

The plaintiff and his attorney on response to my motion to dismiss claimed that his service was proper and that he left a copy of the service with someone of suitable age and discretion. This statement is untrue as evidenced by the statement from the individual named to have received such service of process, and therefore was not proper.

The plaintiff and his attorney's response seem to claim that I have constantly avoided service, this statement as evidenced by plaintiff and his counsel's persistence use of illegal and targeted practice are untrue. I was mostly overseas on the claimed dates and was not aware of any pending lawsuits with Dameikas Lane. The plaintiff and his counsel claimed that Christian Ezumah was the owner and registered agent of TNC Express, Inc. This statement is false and cannot be proven by the Plaintiff. Christian Ezumah was never listed as the registered agent or owner of TNC Express Inc with the secretary of state.

As a citizen, I have the right to represent my self and respond to any legal action or claims brought personally against me. Since the Plaintiff and his attorney decided to name me in a lawsuit, I have the legal right to be properly served and clear my name. To my defense, I have been seriously prejudiced, named wrongly and was not made aware of this case.

Plaintiff and his attorney's service or claim of service has been circumstantial as implied by the process server, Mr Jonathan Nader method of service. An adult of legal age was not served as evidenced by the sworn declaration attached by Chibuzor Ezumah. The process server presented statements that were clearly rebuffed, including the placement of the papers on a glass door for a woman to read. The door in question is fully wooded and

accurately described with supporting pictures by the individual that was unfortunately named by Mr Nader, the process server. Mr Nader admits that he obtained the name from public records, and not that the individual stated the name to him as he previously claimed on submitted court documents. Mr Nader, a man of sound mind, clearly made his statements under perjury without observing the facts.

I am hereby request for a motion to dismiss because I was not properly served in the proceedings and I am the wrong individual to be named in this lawsuit.

Dated this 19th day of June, 2016

                              Christian Ezumah
                              P.O. Box 641
                              Suwanee, GA 30024